UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIKI S. SHAKUR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANNY SAMUEL, Acting Warden,<br><br>　　　　　Respondent. | Case No. CV 20-8673-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the R. & R. have been filed.

　　The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action.

DATED: August 23, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE