JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIKI S. SHAKUR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANNY SAMUEL, Acting Warden,<br><br>　　　　Respondent. | Case No. CV 20-8673-MWF (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: August 23, 2021

　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE